# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

THOMAS MICHAEL SMITH

v.                                   NO. 4:10CV00571 SWW

LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties stating that this action should be dismissed with prejudice,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice with the parties to bear their own costs and attorneys' fees.

DATED this 7th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE